UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>XUAN VAN LAM,<br>RAYMOND TA,<br>MAI THI NGUYEN,<br>DUNG THI MY CAO,<br>CHIEM VAN TONG,<br>DAC HOANG TONG,<br>THU VAN NGUYEN, and,<br>NGHIA TRONG HUYNH,<br><br>               Defendants. | NO. CR07-29RSM<br><br>ORDER GRANTING UNITED STATES' APPLICATION FOR A PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY |

This matter comes before the Court upon motion of the United States for a protective order, pursuant to 21 U.S.C. § 853(e)(1)(A) and 18 U.S.C. §§ 983(a)(3)(B)(ii) and 983(a)(3)(C), to maintain custody of certain property named for forfeiture in the Indictment filed in this matter. Having reviewed the United States' motion, the Court finds:

The property to which this order refers ("the property") is as follows:

1. Approximately $2,900.00 in cash seized on or about January 22, 2007, at 1207 6th Avenue SW, Puyallup, Washington;

2. Approximately $20.440.00 in cash seized on or about January 23, 2007, from a safe deposit box at Washington Mutual Bank;

3. Approximately $5,000.00 in cash seized on or about January 23, 2007, at 3405 26th Place SE, Puyallup, Washington; and

4. Approximately $2,530.00 in cash seized on or about January 23, 2007, from Nghia Trong Huynh.

ORDER GRANTING UNITED STATES' APPLICATION FOR A
PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY- 1
CR07-29RSM U.S. v. Xuan Van Lam, et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1    The property has been named in the Indictment in this case as subject to forfeiture.
2 The property is currently in the custody of the Drug Enforcement Administration, and is
3 subject to administrative forfeiture notice and claim proceedings under 18 U.S.C. § 983.
4    The United States is entitled to a protective order pursuant to 21 U.S.C. §
5 853(e)(1)(A) based on the fact that the property is named for forfeiture in the Indictment
6 herein which contains the allegation that, upon conviction, the property is subject to
7 forfeiture.  It is therefore

8    **ORDERED AND ADJUDGED**:

9    1.  The United States' motion for a protective order is GRANTED.

10   2.  The property identified above shall remain in the custody of the Drug
11 Enforcement Administration, pending conclusion of the criminal forfeiture proceedings
12 and further order of this Court.

13   3.  The Clerk is Ordered to send copies of this Order to counsel for all parties of
14 record.

15   Dated this  26  day of _June_ 2007.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

  s/Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington, 98101-1271
(206) 553-2242
(206) 553-6934 (Fax)

Richard.E.Cohen@usdoj.gov

ORDER GRANTING UNITED STATES' APPLICATION FOR A
PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY- 2
CR07-29RSM U.S. v. Xuan Van Lam, et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970