JUDGE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR 07-29RSM |
| Plaintiff, | ) | |
| | ) | |
| V | ) | ORDER FOR IMMEDIATE RELEASE |
| XUAN VAN LAM, | ) | AND SEVENTY –TWO HOUR |
| | ) | FURLOUGH |
| Defendant | ) | |
| | ) | |
| | ) | |

THE COURT having reviewed the stipulation of the parties, the records and files herein, including, the court has determined that the above named defendant's immediate release from custody at the Federal Detention Center, Sea Tac WA., and Seventy-Two hour furlough would be appropriate in this case, makes the following findings of fact:

1.  The Court finds that a failure to grant the immediate release of this

ORDER FOR IMMEDIATE RELEASE AND
FOR A SEVENTY TWO HOUR FURLOUGH - 1

PHILLIPS LAW LLC
1111 Third Avenue, Suite 2220
Seattle, WA 98101

1 | defendant followed by a seventy two hour furlough is appropriate.

2 |     2.    The defendant's Mother, Ut My Le passed away on Monday,
3 | October 8, 2007 at 7:28 AM.

4 |     3.    The funeral services for Ms Le, now deceased, are to be conducted
5 | at the Forest Park East Funeral Home, on Friday, October 12, 2007, at 2:00 PM, Webster Texas.

6 |     4.    Mr. Lam is a naturalized citizen, with a wife and child, and many
7 | other family members living in the Houston Texas metropolitan area.

8 |     5. Mr. Lam had pleaded guilty and is waiting his sentencing set for
9 | October 26, 2007, to Conspiracy to Manufacture Marijuana, as charged in Count 1, in violation
10 | of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846. The defendant is
11 | charged under Section 841(b)(1)(A), for an offense involving over 1000 or more marijuana
12 | plants, but is pleading guilty to the lesser included offense a violation of Section 841(b)(1)(B) for
13 | an offense involving less than 1000 but more than 100 marijuana plant.

14 |     2.    The Court further finds that the ends of justice will be served by ordering
15 | the defendant's immediate release from custody, and a seventy two hour furlough after which
16 | he is to report back to the Federal Detention Center at Sea-Tac WA, for detention pending his
17 | sentencing on October 26, 2007. Accordingly,

18 |     IT IS ORDERED that the above named defendant Xuan Van Lam, Reg # 37104-086 shall be released immediately from custody at the Federal Detention Center, Sea-Tac Washington.

ORDER FOR IMMEDIATE RELEASE AND
FOR A SEVENTY TWO HOUR FURLOUGH - 2

PHILLIPS LAW LLC
1111 Third Avenue, Suite 2220
Seattle, WA 98101

1   IT IS FURTHER ORDERED that Xuan Van Lam shall report to the federal
2   Detention Center, Sea Tac Washington, within seventy two (72) Hours of his release, NO
3   LATER THAN SUNDAY, OCTOBER 14, 2007, there to wait sentencing on October 26, 2007.

    DONE this 11th day of October, 2007.

    RICARDO S. MARTINEZ
    UNITED STATES DISTRICT JUDGE

    Presented by:

    /s/  Howard L. Phillips
    HOWARD L. PHILLIPS
    Phillips Law LLC
    1111 Third Avenue
    Seattle WA. 98101
    Telephone: (206) 725-0912
    Fax: (206) 682-3746
    Email: iidefend@aol.com


    s/   Douglas Whalley
    Assistant United States Attorney
    Telephonic Approval


    ORDER FOR IMMEDIATE RELEASE AND           PHILLIPS LAW LLC
    FOR A SEVENTY TWO HOUR FURLOUGH - 3    1111 Third Avenue, Suite 2220
                                                Seattle, WA 98101